# All Transactions

 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 65506510 | |
| Inmate Name: | DESANTIS, TYLER | |
| Report Date: | 01/27/2026 | |
| Report Time: | 1:21:18 PM | |

| | |
|---|---|
| Current Institution: | Victorville - FCC |
| Housing Unit: | VIM-F-L |
| Living Quarters: | F01-117U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/26/2026 8:44:21 AM | Sales - Fingerprint | ($235.10) | 19 | | $72.78 |
| 1/26/2026 7:15:35 AM | TRUL Withdrawal | ($10.00) | TL0126 | | $307.88 |
| 1/24/2026 4:06:02 PM | Western Union | $200.00 | 33326024 | | $317.88 |
| 1/22/2026 6:23:21 PM | TRUL Withdrawal | ($10.00) | TL0122 | | $117.88 |
| 1/21/2026 2:51:09 PM | TRUL Withdrawal | ($10.00) | TL0121 | | $127.88 |
| 1/20/2026 7:39:21 PM | TRUL Withdrawal | ($10.00) | TL0120 | | $137.88 |
| 1/20/2026 7:37:17 AM | TRUL Withdrawal | ($10.00) | TL0120 | | $147.88 |
| 1/18/2026 2:46:28 PM | TRUL Withdrawal | ($10.00) | TL0118 | | $157.88 |
| 1/18/2026 9:10:28 AM | TRUL Withdrawal | ($10.00) | TL0118 | | $167.88 |
| 1/14/2026 3:01:55 PM | TRUL Withdrawal | ($15.00) | TL0114 | | $177.88 |
| 1/13/2026 8:28:02 AM | Sales - Fingerprint | ($212.55) | 6 | | $192.88 |
| 1/10/2026 9:18:28 AM | TRUL Withdrawal | ($10.00) | TL0110 | | $405.43 |
| 1/7/2026 8:40:01 PM | TRUL Withdrawal | ($10.00) | TL0107 | | $415.43 |
| 1/7/2026 6:06:46 PM | Western Union | $300.00 | 33326007 | | $425.43 |
| 1/1/2026 8:16:48 PM | TRUL Withdrawal | ($15.00) | TL0101 | | $125.43 |
| 12/29/2025 7:58:53 AM | TRUL Withdrawal | ($10.00) | TL1229 | | $140.43 |
| 12/26/2025 9:31:23 AM | TRUL Withdrawal | ($15.00) | TL1226 | | $150.43 |
| 12/23/2025 9:25:14 AM | TRUL Withdrawal | ($15.00) | TL1223 | | $165.43 |
| 12/22/2025 9:56:53 AM | Sales - Fingerprint | ($218.55) | 56 | | $180.43 |
| 12/21/2025 9:07:18 AM | TRUL Withdrawal | ($15.00) | TL1221 | | $398.98 |
| 12/21/2025 9:06:24 AM | Western Union | $230.00 | 33325355 | | $413.98 |
| 12/18/2025 10:55:56 AM | TRUL Withdrawal | ($15.00) | TL1218 | | $183.98 |
| 12/15/2025 2:48:14 PM | Phone Withdrawal | ($10.00) | TFN1215 | | $198.98 |
| 12/14/2025 8:27:36 PM | TRUL Withdrawal | ($10.00) | TL1214 | | $208.98 |
| 12/12/2025 2:39:19 PM | TRUL Withdrawal | ($15.00) | TL1212 | | $218.98 |
| 12/9/2025 1:29:03 PM | Sales - Fingerprint | ($7.15) | 76 | | $233.98 |
| 12/9/2025 1:16:49 PM | Sales - Fingerprint | ($142.20) | 73 | | $241.13 |
| 12/8/2025 8:41:34 AM | TRUL Withdrawal | ($15.00) | TL1208 | | $383.33 |
| 12/3/2025 5:54:44 PM | TRUL Withdrawal | ($10.00) | TL1203 | | $398.33 |
| 11/27/2025 7:11:20 PM | Phone Withdrawal | ($10.00) | TFN1127 | | $408.33 |
| 11/27/2025 4:06:16 PM | Western Union | $230.00 | 33325331 | | $418.33 |
| 11/26/2025 11:54:13 AM | TRUL Withdrawal | ($30.00) | TL1126 | | $188.33 |
| 11/26/2025 4:30:25 AM | Gift | $50.00 | 121-C | | $218.33 |
| 11/25/2025 9:06:45 AM | TRUL Withdrawal | ($10.00) | TL1125 | | $168.33 |
| 11/23/2025 6:39:03 PM | TRUL Withdrawal | ($15.00) | TL1123 | | $178.33 |
| 11/22/2025 7:21:38 PM | TRUL Withdrawal | ($10.00) | TL1122 | | $193.33 |
| 11/21/2025 8:47:27 AM | TRUL Withdrawal | ($15.00) | TL1121 | | $203.33 |
| 11/20/2025 10:13:40 AM | Sales - Fingerprint | ($229.40) | 76 | | $218.33 |
| 11/19/2025 8:27:01 AM | TRUL Withdrawal | ($10.00) | TL1119 | | $447.73 |
| 11/19/2025 7:07:09 AM | TRUL Withdrawal | ($15.00) | TL1119 | | $457.73 |
| 11/18/2025 1:59:49 PM | Phone Withdrawal | ($10.00) | TFN1118 | | $472.73 |
| 11/18/2025 9:06:37 AM | Western Union | $300.00 | 33325322 | | $482.73 |
| 11/17/2025 8:23:28 PM | TRUL Withdrawal | ($10.00) | TL1117 | | $182.73 |
| 11/9/2025 9:23:15 AM | TRUL Withdrawal | ($15.00) | TL1109 | | $192.73 |
| 11/8/2025 6:50:21 PM | TRUL Withdrawal | ($10.00) | TL1108 | | $207.73 |
| 11/7/2025 3:09:57 PM | Payroll - IPP | $12.00 | 6IPP1025 | | $217.73 |
| 11/5/2025 10:31:05 AM | Sales - Fingerprint | ($175.60) | 39 | | $205.73 |
| 11/5/2025 8:18:43 AM | TRUL Withdrawal | ($10.00) | TL1105 | | $381.33 |
| 11/1/2025 8:23:15 AM | TRUL Withdrawal | ($15.00) | TL1101 | | $391.33 |
| 10/31/2025 4:07:04 PM | Western Union | $250.00 | 33325304 | | $406.33 |

1 2 3

# All Transactions

 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 65506510 | Current Institution: Victorville - FCC |
| Inmate Name: | DESANTIS, TYLER | Housing Unit: VIM-F-L |
| Report Date: | 01/27/2026 | Living Quarters: F01-117U |
| Report Time: | 1:22:11 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/29/2025 1:03:47 PM | TRUL Withdrawal | ($15.00) | TL1029 | | $156.33 |
| 10/27/2025 9:31:00 AM | TRUL Withdrawal | ($10.00) | TL1027 | | $171.33 |
| 10/25/2025 11:11:50 AM | Phone Withdrawal | ($10.00) | TFN1025 | | $181.33 |
| 10/23/2025 11:52:34 AM | Gift | ($50.00) | 86 | 121 | $191.33 |
| 10/23/2025 11:52:34 AM | BP 199 Request - Released | $50.00 | 86 | | |
| 10/20/2025 2:25:32 PM | TRUL Withdrawal | ($10.00) | TL1020 | | $241.33 |
| 10/18/2025 8:44:50 PM | TRUL Withdrawal | ($15.00) | TL1018 | | $251.33 |
| 10/17/2025 7:59:43 PM | TRUL Withdrawal | ($10.00) | TL1017 | | $266.33 |
| 10/15/2025 9:05:11 AM | Sales - Fingerprint | ($171.85) | 26 | | $276.33 |
| 10/13/2025 11:17:00 AM | TRUL Withdrawal | ($10.00) | TL1013 | | $448.18 |
| 10/13/2025 10:06:08 AM | Western Union | $250.00 | 33325286 | | $458.18 |
| 10/10/2025 7:14:37 PM | TRUL Withdrawal | ($10.00) | TL1010 | | $208.18 |
| 10/8/2025 7:24:04 PM | BP 199 Request | ($50.00) | 86 | | |
| 10/8/2025 6:12:46 PM | TRUL Withdrawal | ($10.00) | TL1008 | | $218.18 |
| 10/8/2025 10:37:06 AM | BP 199 Request - Released | $50.00 | 3650 | | |
| 9/27/2025 9:01:04 AM | TRUL Withdrawal | ($30.00) | TL0927 | | $228.18 |
| 9/26/2025 8:27:12 AM | TRUL Withdrawal | ($10.00) | TL0926 | | $258.18 |
| 9/24/2025 8:27:07 PM | TRUL Withdrawal | ($10.00) | TL0924 | | $268.18 |
| 9/24/2025 12:12:24 PM | Sales - Fingerprint | ($58.55) | 28 | | $278.18 |
| 9/17/2025 3:06:17 PM | Western Union | $200.00 | 33325260 | | $336.73 |
| 9/17/2025 2:53:46 PM | BP 199 Request - Released | $50.00 | 3651 | | |
| 9/17/2025 1:00:34 PM | BP 199 Request | ($50.00) | 3651 | | |
| 9/17/2025 12:44:18 PM | BP 199 Request | ($50.00) | 3650 | | |
| 9/17/2025 12:43:32 PM | BP 199 Request - Released | $50.00 | 3613 | | |
| 9/16/2025 8:36:06 AM | TRUL Withdrawal | ($30.00) | TL0916 | | $136.73 |
| 9/15/2025 10:31:12 AM | Notary Fee | ($25.00) | 3485 | 1645 | $166.73 |
| 9/15/2025 10:31:12 AM | BP 199 Request - Released | $25.00 | 3485 | | |
| 9/14/2025 9:08:06 AM | TRUL Withdrawal | ($15.00) | TL0914 | | $191.73 |
| 9/12/2025 2:04:53 PM | BP 199 Request | ($50.00) | 3613 | | |
| 9/12/2025 2:03:39 PM | BP 199 Request - Released | $50.00 | 3610 | | |
| 9/12/2025 12:20:08 PM | BP 199 Request | ($50.00) | 3610 | | |
| 9/11/2025 9:50:46 AM | TRUL Withdrawal | ($15.00) | TL0911 | | $206.73 |
| 9/9/2025 4:30:25 AM | Gift | $50.00 | 1514-C | | $221.73 |
| 9/6/2025 1:16:35 PM | Phone Withdrawal | ($10.00) | TFN0906 | | $171.73 |
| 9/5/2025 1:49:06 PM | Inmate Co-pay | ($2.00) | 5ICP0925 | | $181.73 |
| 9/1/2025 7:38:16 PM | TRUL Withdrawal | ($15.00) | TL0901 | | $183.73 |
| 8/31/2025 9:14:01 AM | TRUL Withdrawal | ($5.00) | TL0831 | | $198.73 |
| 8/31/2025 8:59:21 AM | BP 199 Request | ($25.00) | 3485 | | |
| 8/30/2025 11:27:48 AM | TRUL Withdrawal | ($15.00) | TL0830 | | $203.73 |
| 8/29/2025 8:51:00 AM | TRUL Withdrawal | ($2.00) | TL0829 | | $218.73 |
| 8/27/2025 7:12:54 PM | TRUL Withdrawal | ($2.00) | TL0827 | | $220.73 |
| 8/27/2025 9:58:30 AM | TRUL Withdrawal | ($5.00) | TL0827 | | $222.73 |
| 8/25/2025 3:06:45 PM | TRUL Withdrawal | ($5.00) | TL0825 | | $227.73 |
| 8/22/2025 12:20:02 PM | TRUL Withdrawal | ($5.00) | TL0822 | | $232.73 |
| 8/18/2025 12:20:10 PM | Sales - Fingerprint | ($170.50) | 96 | | $237.73 |
| 8/16/2025 6:06:41 PM | Western Union | $295.00 | 33325228 | | $408.23 |
| 8/14/2025 8:42:09 AM | Gift | ($50.00) | 3173 | 1514 | $113.23 |
| 8/14/2025 8:42:09 AM | BP 199 Request - Released | $50.00 | 3173 | | |
| 8/12/2025 7:36:26 PM | TRUL Withdrawal | ($30.00) | TL0812 | | $163.23 |
| 8/11/2025 7:14:30 AM | TRUL Withdrawal | ($5.00) | TL0811 | | $193.23 |

Case 3:26-cv-00076-ACP-MMS    Document 2-1    Filed 02/17/26    Page 2 of 3

# All Transactions

 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 65506510 | Current Institution: Victorville - FCC |
| Inmate Name: | DESANTIS, TYLER | Housing Unit: VIM-F-L |
| Report Date: | 01/27/2026 | Living Quarters: F01-117U |
| Report Time: | 1:22:18 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/7/2025 12:46:57 PM | TRUL Withdrawal | ($15.00) | TL0807 | | $198.23 |
| 8/6/2025 1:47:37 PM | TRUL Withdrawal | ($10.00) | TL0806 | | $213.23 |
| 8/4/2025 12:58:52 PM | Sales - Fingerprint | ($135.25) | 71 | | $223.23 |
| 8/4/2025 11:07:15 AM | Western Union | $295.00 | 33325216 | | $358.48 |
| 8/1/2025 8:14:56 AM | TRUL Withdrawal | ($30.00) | TL0801 | | $63.48 |
| 7/30/2025 12:36:42 PM | BP 199 Request | ($50.00) | 3173 | | |
| 7/30/2025 10:40:08 AM | TRUL Withdrawal | ($30.00) | TL0730 | | $93.48 |
| 7/16/2025 10:28:45 AM | Sales - Fingerprint | ($140.10) | 53 | | $123.48 |
| 7/16/2025 9:11:57 AM | Phone Withdrawal | ($10.00) | TFN0716 | | $263.58 |
| 7/16/2025 9:02:55 AM | TRUL Withdrawal | ($30.00) | TL0716 | | $273.58 |
| 7/11/2025 7:36:32 PM | TRUL Withdrawal | ($30.00) | TL0711 | | $303.58 |
| 7/8/2025 5:06:44 PM | Western Union | $250.00 | 33325189 | | $333.58 |
| 6/19/2025 8:33:35 AM | TRUL Withdrawal | ($30.00) | TL0619 | | $83.58 |
| 6/17/2025 12:29:02 PM | Sales - Fingerprint | ($130.45) | 57 | | $113.58 |
| 6/15/2025 6:07:27 PM | Western Union | $200.00 | 33325166 | | $244.03 |
| 6/12/2025 8:17:20 AM | TRUL Withdrawal | ($30.00) | TL0612 | | $44.03 |
| 6/10/2025 1:00:20 PM | FRP Single Pymt | ($100.00) | 5FRP0625 | | $74.03 |
| 6/8/2025 2:17:09 PM | Phone Withdrawal | ($10.00) | TFN0608 | | $174.03 |
| 6/1/2025 8:53:19 AM | TRUL Withdrawal | ($30.00) | TL0601 | | $184.03 |
| 5/31/2025 4:06:44 PM | Western Union | $200.00 | 33325151 | | $214.03 |
| 5/24/2025 8:12:11 AM | TRUL Withdrawal | ($30.00) | TL0524 | | $14.03 |
| 5/22/2025 8:28:54 AM | Sales - Fingerprint | ($139.15) | 2 | | $44.03 |
| 5/20/2025 5:06:53 PM | Western Union | $100.00 | 33325140 | | $183.18 |
| 5/20/2025 2:53:07 PM | BP 199 Request - Released | $25.00 | 2384 | | |
| 5/19/2025 8:45:38 AM | TRUL Withdrawal | ($30.00) | TL0519 | | $83.18 |
| 5/13/2025 2:23:49 PM | BP 199 Request | ($25.00) | 2384 | | |
| 5/9/2025 1:55:06 PM | Phone Withdrawal | ($10.00) | TFN0509 | | $113.18 |
| 5/8/2025 8:03:47 AM | Sales - Fingerprint | ($105.30) | 1 | | $123.18 |
| 5/5/2025 4:07:00 PM | Western Union | $200.00 | 33325125 | | $228.48 |
| 5/4/2025 7:58:27 AM | TRUL Withdrawal | ($30.00) | TL0504 | | $28.48 |
| 4/29/2025 1:22:00 PM | Phone Withdrawal | ($10.00) | TFN0429 | | $58.48 |

Case 3:26-cv-00076-ACP-MMS    Document 2-1    Filed 02/17/26    Page 3 of 3